IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

GERALD FISHER,

  Plaintiff,

  v.

EQUIFAX SERVICES LLC,

  Defendant.

CIVIL ACTION FILE
NO. 1:15-CV-233-TWT

**ORDER**

This is an action under the Fair Credit Reporting Act. It is before the Court on the Report and Recommendation [Doc. 6] of the Magistrate Judge recommending dismissing the action as frivolous. The Plaintiff's Objections are incomprehensible. The Court approves and adopts the Report and Recommendation as the judgment of the Court. This action is DISMISSED.

SO ORDERED, this 9 day of March, 2015.

/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge

T:\ORDERS\15\Fisher\r&r.wpd